# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10cv196

| | |
|---|---|
| M. P., minor by and through her Guardian Ad Litem, GREGORY PITMAN, et al., | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| Vs. | )     ORDER<br>) |
| BAYER CORPORATION, et al., | )<br>) |
| Defendants. | )<br>) |

**THIS MATTER** is before the court on the consent Motion to Stay Proceedings and consent Motion to Extend Time to Respond to the Complaint. Having considered the consent motion and reviewed the pleadings, the court enters the following Order.

# ORDER

**IT IS, THEREFORE, ORDERED** that the consent Motion to Stay Proceedings (#9) and consent Motion to Extend Time to Respond to the Complaint (#11) are **GRANTED,** all proceedings in this matter are **STAYED** pending transfer by the Judicial Panel on Multidistrict Litigation, and defendants are allowed up to and inclusive of the time that may be directed by the MDL Panel to so Answer or otherwise respond to the Complaint or 30 days from any Order denying transfer, whichever is later.

Signed: October 19, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge